UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

GLENN DAVIS,

    Petitioner,

    v.                                     Case No. 08-C-212

ANA BOATWRIGHT,

    Respondent.

---

## ORDER

---

    Petitioner Glenn Davis filed a brief in support of his habeas corpus action on November 2, 2020. Dkt. No. 7. Davis' petition for a writ of habeas corpus challenging his 1997 conviction for sexual assault of a child was denied and dismissed by this court as untimely on May 2, 2008. Dkt. No. 5. Davis did not appeal the dismissal. Rule 60(c) of the Federal Rules of Civil Procedure requires any motions for relief based on new information or misconduct by an opposing party to be made no more than one year after the entry of judgment. A brief filed 12 years after entry of judgment clearly violates that requirement. This case is closed, and pursuant to Rule 60 the court will take no further action on this case.

    **SO ORDERED** at Green Bay, Wisconsin this 6th day of November, 2020.

                                                  s/ William C. Griesbach
                                               William C. Griesbach
                                               United States District Judge